**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00267-CR
No. 05-13-00268-CR
No. 05-13-00269-CR

**CHRISTOPHER JAMES RYALS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-18864-U, F12-40687-U, F12-41706-U**

## ORDER

The Court **DENIES** appellant's April 21, 2014 request for an extension of time to file his pro se response as to cause no. 05-13-00267-CR. Counsel has not yet filed an appellant's brief in this appeal. On April 18, 2014, the Court granted the Dallas County District Clerk an extension of time to file the supplemental clerk's record because documents to be included in the supplemental record had to be retrieved from the warehouse. Accordingly, we **ORDER** counsel to file appellant's brief in cause no. 05-13-00267-CR by **JUNE 16, 2014**.

We **GRANT** appellant's April 21, 2014 motion to extend time to file his pro se response to the *Anders* brief filed in cause nos. 05-13-00268/00269-CR. We **ORDER** appellant to file his

pro se response by **JULY 1, 2014**.  If the pro se response is not filed by that date, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Christopher Ryals, TDCJ No. 1840892, Tulia Unit, 4000 Hwy 86 West, Tulia, Texas 79088.

/s/     LANA MYERS
        JUSTICE